**O**

# United States District Court
# Central District of California

| | |
|---|---|
| JAMES DICKEY, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>ALTERRA AMERICA INSURANCE COMPANY, AND DOES 1–20, INCLUSIVE,<br><br>        Defendant. | Case No. 5:15-cv-0963-ODW(DTB)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL APPRAISAL AND TO STAY THE ACTION [32]** |

      Plaintiff James Dickey, Inc. ("Dickey") brought suit against Defendant Alterra America Insurance Company ("AAIC") for alleged breach of contract and tortious breach of the implied covenant of good faith and fair dealing, and also seeks declaratory relief. (First Amendment Complaint ("FAC"), ECF No. 29). Plaintiff's Complaint was originally filed in the San Bernardino Superior Court on March 23, 2015. (Notice of Removal, ECF No. 1, Ex. A Compl.) Defendants timely removed the action to federal court on May 15, 2015. (Notice of Removal, ECF No. 1).

      At issue is a dispute over an insurance claim for tools stolen from Dickey's equipment yard during a break-in. (Motion, ECF No. 32 1). Defendant seeks to compel Dickey to submit to an appraisal of the stolen tools and to stay the case until

the appraisal process is complete. (*Id.*)

Defendant filed this motion on October 7, 2015, with a hearing date set for November 9, 2015. (*Id.*) Should Dickey wish to oppose this motion, this opposition was due October 19, 2015. To date, the Court has received no opposition.

Where a party does not oppose a Motion, the Court may grant it. *See* Local Rule 7-9, 7-12; *cf. Nomura v. Amazon.com, Inc.*, No. C-11-01210 HRL, 2013 WL 4928229, at *3 (N.D. Cal. Sept. 12, 2013) ("Nonopposition alone is sufficient to grant [a] motion . . . ."). Therefore, the Court **GRANTS** Defendant's Motion to Compel Appraisal and to Stay the Action until the appraisal process is complete.

**IT IS SO ORDERED.**

October 21, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**