**O**

# United States District Court
# Central District of California

| | |
|---|---|
| JAMES DICKEY, INC., | Case No. 5:15-cv-0963-ODW(DTB) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE DISMISSAL** |
| ALTERRA AMERICA INSURANCE COMPANY, AND DOES 1–20, INCLUSIVE, | |
| Defendant. | |

Plaintiff James Dickey, Inc. ("Dickey") brought suit against Defendant Alterra America Insurance Company ("AAIC") for breach of contract and tortious breach of the implied covenant of good faith and fair dealing; Plaintiff also seeks declaratory relief. (First Amendment Complaint, ECF No. 29). Plaintiff's Complaint was originally filed in the San Bernardino Superior Court on March 23, 2015. (Notice of Removal, ECF No. 1.) Defendants timely removed the action to federal court on May 15, 2015. (*Id.*)

This case relates to an insurance claim for tools stolen from Dickey's equipment yard during a break-in. (ECF No. 32). The Court previously issued an order staying the case pending an appraisal of the stolen items. (ECF No. 35.) That

appraisal is now complete. (ECF No. 42.) AAIC asserts that following the completion of the appraisal, it paid Dickey the full appraised value of his claim and thus there is no longer any reason for this suit. (*Id.*) Accordingly, AAIC wishes to lift the stay and recalendar the motion to dismiss previously pending before the Court issued its order to compel appraisal. (*See* ECF No. 33.) AAIC indicates that it has not heard from Plaintiff regarding its request to recalendar. (ECF No. 42.) Before considering AAIC's request to recalendar, and in light of the new facts presented in AAIC request, the Court first wants Plaintiff to explain why this case should not be dismissed outright as the policy appears to have fully paid the relevant claim.

Accordingly, the Court issues an order to show cause why this action should not be dismissed as moot. Plaintiff shall submit a response no later than January 3, 2017. Failure to respond by that date will result in dismissal of this case without prejudice without further warning from the Court. The stay shall remain in place until that time.

**IT IS SO ORDERED.**

December 15, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**